JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON MANNING, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART ASSOCIATES, INC., a Delaware Corporation, LAURA KISH, an individual, LACRISSA COX, an individual, <br><br> Defendant. | Case No. 2:25-cv-01274-AB-KES <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 25, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.